NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. RUBBER RECYCLING, INC.,**
*Plaintiff-Appellant,*

v.

**ECORE INTERNATIONAL, INC.,**
*Defendant-Appellee,*

Appeal from the United States District Court for the Central District of California in case no. 09-CV-9516, Judge S. James Otero.

---

2012-1166

---

**ON MOTION**

---

**ORDER**

Upon consideration of U.S. Rubber Recycling, Inc.'s unopposed motion to withdraw its argument made on pages 3, 11-12, and 18-20 of its reply brief regarding Ecore International, Inc.'s alleged non-disclosure of Primary Acoustics's cross-claims for invalidation of the '723 patent,

It Is Ordered That:

(1) The motion is granted.

(2) A copy of this order will be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

JAN 0 8 2013
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Thomas A. Vogele, Esq.
     Robert C. Nissen, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 8 2013

JAN HORBALY
CLERK